B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Media On The Run, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>07-0777517 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>16 E. Piper Lane<br>Suite 127<br>Prospect Heights, IL   ZIP Code 60070 | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):   ZIP Code | Mailing Address of Joint Debtor (if different from street address):   ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Media On The Run, Inc. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Media On The Run, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Richard M. Fogel
Signature of Attorney for Debtor(s)

Richard M. Fogel 3127114
Printed Name of Attorney for Debtor(s)

Shaw Gussis et al
Firm Name
321 N. Clark Street
Suite 800
Chicago, IL 60654
Address

312-541-0151  Fax: 312-980-3888
Telephone Number

March  2, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Lissette Herin
Signature of Authorized Individual

Lissette Herin
Printed Name of Authorized Individual

President
Title of Authorized Individual

March  2, 2012
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6D (Official Form 6D) (12/07)

In re    Media On The Run, Inc.                                 Case No. _____

                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 00372340201<br><br>American Chartered Bank<br>Attn: Bryn Perna<br>459 S. Rand Rd.<br>Lake Zurich, IL 60047 | X | - | Blanket security interest<br><br>Machinery & equipment, office furniture and equipment, accounts receivable and other personal property<br><br>Value $       Unknown | | | | 50,000.00 | Unknown |
| Account No.<br><br>CCM Graphics, Inc.<br>1508 Ashbury<br>Winnetka, IL 60093 | | - | Purchase money security interest<br><br>Indigo Printing Press<br><br>Value $       20,000.00 | | | | 101,984.00 | 81,984.00 |
| Account No.<br><br><br><br>Value $ | | | | | | | | |
| Account No.<br><br><br><br>Value $ | | | | | | | | |

    _0_    continuation sheets attached

| | Subtotal<br>(Total of this page) | 151,984.00 | 81,984.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 151,984.00 | 81,984.00 |

B6E (Official Form 6E) (4/10)

.

In re    Media On The Run, Inc.                                                          ,    Case No. _____
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    Media On The Run, Inc. _____ ,    Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Illinois Department of Employment S <br> 33 S. State, 9th Fl. <br> Chicago, IL 60603 | - | | For notice purposes | | | | <br><br>0.00 | 0.00 | |
| Account No. 3531-4419 <br><br> Illinois Department of Revenue <br> Central Registration Div <br> PO Box 19477 <br> Springfield, IL 62794 | - | | For notice purposes | | | | <br><br>0.00 | 0.00 | |
| Account No. 01-07777517 <br><br> Internal Revenue Service <br> Cincinnati, OH 45999-0005 | - | | Payroll taxes (estimated) | | | | <br><br>6,000.00 | 0.00 | 6,000.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 0.00 <br> 6,000.00 | <br> 6,000.00 |
| Total <br> (Report on Summary of Schedules) | 0.00 <br> 6,000.00 | <br> 6,000.00 |

B6F (Official Form 6F) (12/07)

In re    Media On The Run, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| ADT Security Services 14200 E. Exposition Dr. Aurora, CO 80012 | - | | | | | | | 649.00 |
| Account No. | | | | Telephone lease | | | | |
| BTI Communications Group PO Box 660831 Dallas, TX 75266-0831 | - | | | | | | | 766.00 |
| Account No. | | | | Trade debt | | | | |
| Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | - | | | | | | | 20,367.00 |
| Account No. | | | | Trade debt | | | | |
| Cbeyond 1520 Kensington Rd. Suite 200 Oak Brook, IL 60523 | - | | | | | | | 2,072.00 |
| __12__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 23,854.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Media On The Run, Inc. _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | - | Trade debt | | | | |
| CDW Direct 200 N. Milwaukee Vernon Hills, IL 60061 | | | | | | | | 3,287.00 |
| Account No. | | | - | Promissory note | | | | |
| Celso Litardo 1623 Ashland Av. Des Plaines, IL 60016 | | | | | | | | 20,400.00 |
| Account No. | | | - | Trade debt | | | | |
| Chase Cardmember Services PO Box 15153 Wilmington, DE 19886-5153 | | | | | | | | 4,341.00 |
| Account No. | | | - | Trade debt | | | | |
| Classic Color 2424 S. 25th Av. Broadview, IL 60155 | | | | | | | | 26,479.00 |
| Account No. | | | - | Trade debt | | | | |
| Color Image 461 N. Milwaukee Chicago, IL 60654 | | | | | | | | 3,000.00 |

Sheet no. __1__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                 57,507.00
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Media On The Run, Inc.                                    ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Utility services | | | | |
| Commonwealth Edison PO Box 6111 Carol Stream, IL 60197 | - | | | | | | | 3,176.00 |
| Account No. | | | | Trade debt | | | | |
| Continental Web Press 1430 Industrial Dr. Itasca, IL 60143-1858 | - | | | | | | | 96,576.00 |
| Account No. | | | | Business charges on personal credit card | | | | |
| Delia M. Saboya 10 Robert Ave. Prospect Heights, IL 60070 | - | | | | | | | 8,500.00 |
| Account No. | | | | Trade debt | | | | |
| DHL 16592 Collections Center Dr Chicago, IL 60693 | - | | | | | | | 85.00 |
| Account No. | | | | Trade debt | | | | |
| Digital Printing Total Graphics 123 Eisenhower Lane South Lombard, IL 60148 | - | | | | | | | 10,900.00 |

| Sheet no. _2__ of _12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 119,237.00 |
|---|---|---|

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Media On The Run, Inc._____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Exxon Mobil PO Box 688938 Des Moines, IA 50368-8938 | - | | | | | | | 3,721.00 |
| Account No. | | | | Trade debt | | | | |
| Federal Express PO Box 94515 Palatine, IL 60094-4515 | - | | | | | | | 9,770.00 |
| Account No. | | | | Trade debt | | | | |
| Federal Express Freight Dept. CH PO Box 10326 Palatine, IL 60055-0306 | - | | | | | | | 481.00 |
| Account No. | | | | Trade debt | | | | |
| First Communications PO Box 182263 Columbus, OH 43218-2263 | - | | | | | | | 1,326.00 |
| Account No. | | | | Trade debt | | | | |
| Frankenstich 804 Seton Ct. Wheeling, IL 60090 | - | | | | | | | 2,653.00 |

Sheet no. _3___ of _12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,951.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Media On The Run, Inc.                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | | |
| GPA 6906 Solutions Center Chicago, IL 60677-3009 | | - | | | | | | 10,544.00 |
| Account No. | | | Trade debt | | | | | |
| Graphic Arts Finishing 1990 N. Mannheim Melrose Park, IL 60160 | | - | | | | | | 36,676.00 |
| Account No. | | | Consulting services | | | | | |
| Griggs & Griggs 1642 Colonial Pkwy Palatine, IL 60067 | | - | | | | | | 7,000.00 |
| Account No. | | | Trade debt | | | | | |
| H-M Graphics 7840 W. Hicks Milwaukee, WI 53219 | | - | | | | | | 54,251.00 |
| Account No. | | | Auto lease | | | | | |
| Honda American Finance Corp. PO Box 5308 Elgin, IL 60121-5308 | | - | | | | | | 815.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

109,286.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Media On The Run, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Indigo America, Inc. PO Box 5-0329 Woburn, MA 01815-0329 | - | | | | | | | 16,100.00 |
| Account No. | | | | Trade debt | | | | |
| Intellisource 2521 Technology Drive Elgin, IL 60124 | - | | | | | | | 11,551.00 |
| Account No. | | | | Trade debt | | | | |
| Jeff Horwitz & Associates 1701 E. Woodfield Suite 310 Schaumburg, IL 60173 | - | | | | | | | 29.00 |
| Account No. | | | | Trade debt | | | | |
| KT Wuckert Finishing 555 Plate Dr. Unit 7 East Dundee, IL | - | | | | | | | 2,445.00 |
| Account No. | | | | Trade debt | | | | |
| Lamin All Labels PO Box 4047 Itasca, IL 60143 | - | | | | | | | 1,000.00 |

Sheet no. __5__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        31,125.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Media On The Run, Inc. _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business charges on personal credit card | | | | |
| Lissette Herin 10 Robert Ave. Prospect Heights, IL 60070 | - | | | | | | 13,533.00 |
| Account No. | | | Trade debt | | | | |
| M&G Graphics 3500 W. 38th St. Chicago, IL 60632 | - | | | | | | 30,941.00 |
| Account No. | | | Trade debt | | | | |
| MAS Industries 1050 Pilgrim Plymouth, WI 53073 | - | | | | | | 9,245.00 |
| Account No. | | | Trade debt | | | | |
| MCA Industries 681 First St. SW Massillon, OH 44646 | - | | | | | | 6,630.00 |
| Account No. | | | Trade debt | | | | |
| Measa Displays Mexico Castulo Garcia No. 51 Col Conchita, CP 13360 Del Tiahuac Mexico | - | | | | | | 21,750.00 |

Sheet no. _6_ of _12_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    82,099.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Media On The Run, Inc.                                    ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Merchandising Inventives 1177 Corporate Grove Dr. Buffalo Grove, IL 60089 | - | | | | | | | 886.00 |
| Account No. | | | | Trade debt | | | | |
| Moerke Display & Mfg. Co. 21036 N. Cape Union Grove, WI 53182 | - | | | | | | | 9,530.00 |
| Account No. | | | | Trade debt | | | | |
| National Print Group PO Box 116424 Atlanta, GA 30368-6424 | - | | | | | | | 105,080.00 |
| Account No. | | | | Utility services | | | | |
| NICOR Gas PO Box 0632 Aurora, IL 60507-0632 | - | | | | | | | 503.00 |
| Account No. | | | | Trade debt | | | | |
| Nova Printing 2711 N. Pulaski Chicago, IL 60639 | - | | | | | | | 95,459.00 |

Sheet no. __7__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    211,458.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Media On The Run, Inc. _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Oakton Medical Building Corp.<br>c/o Hansen Radler Realty, Ltd.<br>7721 N. Kostner Ave.<br>Skokie, IL 60076 | X | - | | Lease for 16 E. Piper Lane, Suite 127, Prospect Heights, IL 60070 | | | | 159,895.00 |
| Account No.<br><br>Pamco Label Company<br>1100 W. Pratt<br>Des Plaines, IL 60018 | | - | | Trade debt | | | | 21,803.00 |
| Account No.<br><br>Paul Litardo<br>10 W. Wilow Ave.<br>Prospect Heights, IL 60070 | | - | | Business charges on personal credit card | | | | 21,000.00 |
| Account No.<br><br>Phoenix Binding<br>1100 W. Pratt<br>Elk Grove Village, IL 60007 | | - | | Trade debt | | | | 185.00 |
| Account No.<br><br>Piedmont Plastics<br>180 Messner<br>Wheeling, IL 60090 | | - | | Trade debt | | | | 146.00 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          203,029.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Media On The Run, Inc.                                    ,        Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Pitney Bowes Global Financial Services PO Box 371887 Pittsburgh, PA 15250-7887 | - | | | | | | | 509.00 |
| Account No. | | | | Trade debt | | | | |
| Pitney Bowes/Purchase Power PO Box 856042 Louisville, KY 40285-6042 | - | | | | | | | 2,906.00 |
| Account No. | | | | Trade debt | | | | |
| Platinum Converting 851 Expressway Itasca, IL 60143-1323 | - | | | | | | | 6,175.00 |
| Account No. | | | | Trade debt | | | | |
| Polyline Corp PO Box 95199 Palatine, IL 60095 | - | | | | | | | 227.00 |
| Account No. | | | | Trade debt | | | | |
| POPCO 5404 Opportunity Ct. Minnetonka, MN 55343 | - | | | | | | | 9,652.00 |

Sheet no. __9__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    19,469.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Media On The Run, Inc.                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Trade debt | | | | |
| Printglobe 4115 Freidrich Lane Suite 200 Austin, TX 78744 | - | | | | | | | 156.00 |
| **Account No.** | | | | Trade debt | | | | |
| Production Pro Manufacturer's Alliance Corp. 33659 Treasury Center Chicago, IL 60694-3600 | - | | | | | | | 226.00 |
| **Account No.** | | | | Trade debt | | | | |
| Promopak Direct 1212 Naper Blvd. Suite 119-321 Naperville, IL 60540 | - | | | | | | | 6,485.00 |
| **Account No.** | | | | Trade debt | | | | |
| Republic Services 2101 S. Busse Mount Prospect, IL 60056-5566 | - | | | | | | | 92.00 |
| **Account No.** | | | | Trade debt | | | | |
| Safety-Kleen Systems 5360 Legacy Plano, TX 75024 | - | | | | | | | 500.00 |

| | | |
|---|---|---|
| Sheet no. __10__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 7,459.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Media On The Run, Inc. _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| SD Direct 1371 E. Industrial Dr. Unit O Itasca, IL 60143 | - | | | | | | 365.00 |
| Account No. | | | Trade debt | | | | |
| Segerdahl Graphics 385 Gilman Ave Wheeling, IL 60090 | - | | | | | | 21,401.00 |
| Account No. | | | Trade debt | | | | |
| SGS 302 Rte 17 North Rutherford, NJ 07070 | - | | | | | | 2,815.00 |
| Account No. | | | Trade debt | | | | |
| Specialty Print 6019 W. Howard St. Niles, IL 60714 | - | | | | | | 35,823.00 |
| Account No. | | | Trade debt | | | | |
| Spectran, Inc. 2250 E. Devon Elk Grove Village, IL 60007 | - | | | | | | 615.00 |

Sheet no. __11__ of __12__ sheets attached to Schedule of                               Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)         61,019.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Media On The Run, Inc. _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Sunrise Hitek Service 5915 N. Northwest Hwy Chicago, IL 60631-1527 | | - | | | | | 2,037.00 |
| Account No. | | | Trade debt | | | | |
| Tekra Corp 8084 Solutions Chicago, IL 60677-8000 | | - | | | | | 505.00 |
| Account No. | | | Trade debt | | | | |
| ULINE 2200 S. Lakeside Waukegan, IL 60085 | | - | | | | | 2,050.00 |
| Account No. | | | Trade debt | | | | |
| WS Packaging Group Algoma-Label Facility 1102 Jefferson Algoma, WI 54201 | | - | | | | | 9,972.00 |
| Account No. | | | | | | | |

Sheet no. __12__ of __12__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    14,564.00

Total
(Report on Summary of Schedules)    958,057.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Media On The Run, Inc.   _____   Case No. _____

Debtor(s)   Chapter   7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___24___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   March  2, 2012 _____   Signature   /s/ Lissette Herin _____

Lissette Herin
President

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Media On The Run, Inc.

                                          Debtor(s)

Case No.

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                        74

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    March  2, 2012

/s/ Lissette Herin

Lissette Herin/President
Signer/Title

ADT Security Services
14200 E. Exposition Dr.
Aurora, CO 80012


American Chartered Bank
Attn: Bryn Perna
459 S. Rand Rd.
Lake Zurich, IL 60047


American Honda Financial Corp
PO Box 60001
City of Industry, CA 91716-0001


BTI Communications Group
PO Box 660831
Dallas, TX 75266-0831


Capital One
PO Box 30285
Salt Lake City, UT 84130-0285


Cbeyond
1520 Kensington Rd.
Suite 200
Oak Brook, IL 60523


CCM Graphics, Inc.
1508 Ashbury
Winnetka, IL 60093


CDW Direct
200 N. Milwaukee
Vernon Hills, IL 60061


Celso Litardo
1623 Ashland Av.
Des Plaines, IL 60016


Chase Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153


Classic Color
2424 S. 25th Av.
Broadview, IL 60155

Color Image
461 N. Milwaukee
Chicago, IL 60654


Commonwealth Edison
PO Box 6111
Carol Stream, IL 60197


Continental Web Press
1430 Industrial Dr.
Itasca, IL 60143-1858


Delia M. Saboya
10 Robert Ave.
Prospect Heights, IL 60070


DHL
16592 Collections Center Dr
Chicago, IL 60693


Digital Printing Total Graphics
123 Eisenhower Lane South
Lombard, IL 60148


Exxon Mobil
PO Box 688938
Des Moines, IA 50368-8938


Federal Express
PO Box 94515
Palatine, IL 60094-4515


Federal Express Freight
Dept. CH
PO Box 10326
Palatine, IL 60055-0306


First Communications
PO Box 182263
Columbus, OH 43218-2263


Frankenstich
804 Seton Ct.
Wheeling, IL 60090

GPA
6906 Solutions Center
Chicago, IL 60677-3009


Graphic Arts Finishing
1990 N. Mannheim
Melrose Park, IL 60160


Griggs & Griggs
1642 Colonial Pkwy
Palatine, IL 60067


H-M Graphics
7840 W. Hicks
Milwaukee, WI 53219


Honda American Finance Corp.
PO Box 5308
Elgin, IL 60121-5308


Illinois Department of Employment S
33 S. State, 9th Fl.
Chicago, IL 60603


Illinois Department of Revenue
Central Registration Div
PO Box 19477
Springfield, IL 62794


Indigo America, Inc.
PO Box 5-0329
Woburn, MA 01815-0329


Intellisource
2521 Technology Drive
Elgin, IL 60124


Internal Revenue Service
Cincinnati, OH 45999-0005


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Jeff Horwitz & Associates
1701 E. Woodfield
Suite 310
Schaumburg, IL 60173


KT Wuckert Finishing
555 Plate Dr.
Unit 7
East Dundee, IL


Lamin All Labels
PO Box 4047
Itasca, IL 60143


Lissette Herin
10 Robert Ave.
Prospect Heights, IL 60070


M&G Graphics
3500 W. 38th St.
Chicago, IL 60632


MAS Industries
1050 Pilgrim
Plymouth, WI 53073


MCA Industries
681 First St. SW
Massillon, OH 44646


Measa Displays Mexico
Castulo Garcia No. 51
Col Conchita, CP 13360
Del Tiahuac Mexico


Merchandising Inventives
1177 Corporate Grove Dr.
Buffalo Grove, IL 60089

Moerke Display & Mfg. Co.
21036 N. Cape
Union Grove, WI 53182


National Print Group
PO Box 116424
Atlanta, GA 30368-6424


NICOR Gas
PO Box 0632
Aurora, IL 60507-0632


Nova Printing
2711 N. Pulaski
Chicago, IL 60639


Oakton Medical Building Corp.
c/o Hansen Radler Realty, Ltd.
7721 N. Kostner Ave.
Skokie, IL 60076


Pamco Label Company
1100 W. Pratt
Des Plaines, IL 60018


Paul Litardo
10 W. Wilow Ave.
Prospect Heights, IL 60070


Paul Litardo


Phoenix Binding
1100 W. Pratt
Elk Grove Village, IL 60007


Piedmont Plastics
180 Messner
Wheeling, IL 60090


Pitney Bowes Global
Financial Services
PO Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes/Purchase Power
PO Box 856042
Louisville, KY 40285-6042


Platinum Converting
851 Expressway
Itasca, IL 60143-1323


Polyline Corp
PO Box 95199
Palatine, IL 60095


POPCO
5404 Opportunity Ct.
Minnetonka, MN 55343


Printglobe
4115 Freidrich Lane
Suite 200
Austin, TX 78744


Production Pro
Manufacturer's Alliance Corp.
33659 Treasury Center
Chicago, IL 60694-3600


Promopak Direct
1212 Naper Blvd.
Suite 119-321
Naperville, IL 60540


Republic Services
2101 S. Busse
Mount Prospect, IL 60056-5566


Richard Cochran, Esq.
111 W. Washington Street
Suite 1900
Chicago, IL 60602


Safety-Kleen Systems
5360 Legacy
Plano, TX 75024

Scott N. Schreiber
Stahl Cowen Crowley Addis LLC
55 W. Monroe, Suite 1200
Chicago, IL 60603


SD Direct
1371 E. Industrial Dr.
Unit O
Itasca, IL 60143


Segerdahl Graphics
385 Gilman Ave
Wheeling, IL 60090


SGS
302 Rte 17 North
Rutherford, NJ 07070


Specialty Print
6019 W. Howard St.
Niles, IL 60714


Spectran, Inc.
2250 E. Devon
Elk Grove Village, IL 60007


Sunrise Hitek Service
5915 N. Northwest Hwy
Chicago, IL 60631-1527


Tekra Corp
8084 Solutions
Chicago, IL 60677-8000


ULINE
2200 S. Lakeside
Waukegan, IL 60085


WS Packaging Group
Algoma-Label Facility
1102 Jefferson
Algoma, WI 54201

# United States Bankruptcy Court
## Northern District of Illinois

In re  Media On The Run, Inc.

Debtor(s)

Case No.

Chapter  7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Media On The Run, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March  2, 2012

Date

/s/ Richard M. Fogel

Richard M. Fogel 3127114
Signature of Attorney or Litigant
Counsel for   Media On The Run, Inc.
Shaw Gussis et al
321 N. Clark Street
Suite 800
Chicago, IL 60654
312-541-0151 Fax:312-980-3888