**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MEDIA ON THE RUN, INC. § | Case No. 12-08295 |
| § | |
| § | |
| Debtor(s) § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 02, 2012. The undersigned trustee was appointed on March 02, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     142,397.06

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 50,033.81 |
| Administrative expenses | 5,641.36 |
| Bank service fees | 4,691.54 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 82,030.35 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/20/2012 and the deadline for filing governmental claims was 06/20/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,369.85. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,369.85, for a total compensation of $10,369.85.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/12/2015           By: /s/EUGENE CRANE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-08295  
**Case Name:** MEDIA ON THE RUN, INC.  

**Period Ending:** 02/12/15

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 03/02/12 (f)  
**§341(a) Meeting Date:** 04/24/12  
**Claims Bar Date:** 06/20/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of America Acct. No. xxxxxxxx5818 Estimated<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 175.00 | 175.00 | | 1,047.38 | FA |
| 2 | Security deposits with NICOR, ComEd and landlord<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 13,469.00 | 13,469.00 | | 0.00 | FA |
| 3 | Accounts Receivable<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 116,714.44 | 116,714.44 | | 116,537.54 | FA |
| 4 | Miscellaneous office furniture and equipment Est<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 5 | HP Indigo S2000 Printing Press Estimated value<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 6 | Miscellaneous machinery and equipment Estimated<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 4,000.00 | 4,000.00 | | 24,782.00 | FA |
| 7 | United Healthcare Insurance Premium Refund  (u) | Unknown | 19.00 | | 19.45 | FA |
| 8 | Nicor Gas Refund  (u) | Unknown | 10.00 | | 10.69 | FA |
| 9 | Claim for Intellectual Property-Trademark  (u) | Unknown | Unknown | | 0.00 | FA |
| 9 | **Assets    Totals** (Excluding unknown values) | **$159,358.44** | **$159,387.44** | | **$142,397.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

03/31/2014: Still investigating possible fraudulent transfer of trademark, intellectual property; negotiating settlement.  Investigation of assets continues. (dk)
03/31/2013: Possible fraudulent transfer of trademark , intellectual property (dk)
04/24/12: Motion to Pay American Chartered, to set auction date and hire AAA filed; hearing on May 2, 2012. (dk)

03/20/12: Bar Date set (dk)

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-08295  
**Case Name:** MEDIA ON THE RUN, INC.

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 03/02/12 (f)  
**§341(a) Meeting Date:** 04/24/12  

**Period Ending:** 02/12/15

**Claims Bar Date:** 06/20/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2013      **Current Projected Date Of Final Report (TFR):** June 30, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-08295  
**Case Name:** MEDIA ON THE RUN, INC.  
**Taxpayer ID #:** **-***7517  
**Period Ending:** 02/12/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******15-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/20/12 | {3} | Grand Victoria Casino/Elgin Riverboat Resort | Accounts receivable | 1121-000 | 307.50 | | 307.50 |
| 03/20/12 | {3} | Xpedx | Accounts receivable inv#5915 | 1121-000 | 2,179.78 | | 2,487.28 |
| 03/20/12 | {3} | Bish Creative Display, Inc. | Accounts receivable | 1121-000 | 8,614.00 | | 11,101.28 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,076.28 |
| 04/04/12 | {3} | Integrated Merchandising Systems, LLC | Accounts receivable Inv. #s: 5714, 5715, 5695 | 1121-000 | 2,573.81 | | 13,650.09 |
| 04/04/12 | {3} | Integrated Merchandising Systems, LLC | Accounts receivable Inv. #s: 5710, 5923, 5925 | 1121-000 | 3,258.28 | | 16,908.37 |
| 04/04/12 | {3} | SunSource | Accounts receivable; payment of invoice number 5924 | 1121-000 | 1,728.86 | | 18,637.23 |
| 04/04/12 | {3} | Grand Victoria Casino/Elgin Riverboat Resort | Accounts receivable inv #5928 | 1121-000 | 2,492.83 | | 21,130.06 |
| 04/04/12 | {3} | Galloway Plastics, Inc. | Accounts receivable inv.#: 5922 | 1121-000 | 2,973.71 | | 24,103.77 |
| 04/04/12 | {3} | Northstar Lottery Group, LLC | Accounts receivable inv #: 5920 | 1121-000 | 11,815.00 | | 35,918.77 |
| 04/04/12 | {3} | Integrated Merchandising Systems, LLC | Accounts receivable Inv. #s: 5909,5910,5912,5913,5871,5911,5874,5720,5914 | 1121-000 | 53,585.88 | | 89,504.65 |
| 04/10/12 | {3} | Madden | Accounts Receivable Inv.#5926 | 1121-000 | 35.00 | | 89,539.65 |
| 04/10/12 | {3} | Xpedx | Accounts receivable inv#5927 | 1121-000 | 1,868.62 | | 91,408.27 |
| 04/13/12 | {3} | Integrated Merchandising Systems, LLC | Accounts receivable Inv. #s: 5918, 5919 | 1121-000 | 4,254.27 | | 95,662.54 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 150.85 | 95,511.69 |
| 05/03/12 | 1001 | American Chartered Bank | Payment of secured claim | 4800-000 | | 50,033.81 | 45,477.88 |
| 05/07/12 | {3} | Kraft Foods Global, Inc. | Accounts Receivable | 1121-000 | 725.00 | | 46,202.88 |
| 05/15/12 | {3} | Hard Rock Cafe International (USA) Inc. | Accounts Receivable - Inv. 5929 | 1121-000 | 20,125.00 | | 66,327.88 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 230.23 | 66,097.65 |
| 06/12/12 | {6} | American Auction Associates, Inc. | Gross Proceeds from auction of inventory | 1129-000 | 24,782.00 | | 90,879.65 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 158.01 | 90,721.64 |
| 07/12/12 | 1002 | American Auction Associates, Inc. | Payment of Auctioneer expenses for sale of inventory | 3620-000 | | 4,770.14 | 85,951.50 |
| 07/18/12 | 1003 | Jeff Horwitz & Associates. Ltd. | Payment to Accountant for services rendered | 3410-000 | | 720.00 | 85,231.50 |
| 07/25/12 | {7} | United Healthcare | Refund of health insurance premium | 1229-000 | 19.45 | | 85,250.95 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 193.34 | 85,057.61 |
| 08/31/12 | {1} | Bank of America | Liquidation of Bank of America Business Checking Account | 1129-000 | 1,047.38 | | 86,104.99 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 180.10 | 85,924.89 |
| | | | Subtotals : | | $142,386.37 | $56,461.48 | |

{} Asset reference(s)

Printed: 02/12/2015 03:48 PM V.13.15

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 12-08295 | | Trustee: | EUGENE CRANE (330350) |
| --- | --- | --- | --- | --- |
| Case Name: | MEDIA ON THE RUN, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******15-65 - Checking Account |
| Taxpayer ID #: | **-***7517 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/12/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/10/12 | {8} | Nicor Gas | Refund from Nicor Gas | 1290-000 | 10.69 | | 85,935.58 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 164.06 | 85,771.52 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 193.33 | 85,578.19 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 175.36 | 85,402.83 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 169.17 | 85,233.66 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 85,233.66 | 0.00 |
| | | | ACCOUNT TOTALS | | 142,397.06 | 142,397.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 85,233.66 | |
| | | | **Subtotal** | | 142,397.06 | 57,163.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$142,397.06** | **$57,163.40** | |

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-08295  
**Case Name:** MEDIA ON THE RUN, INC.  
**Taxpayer ID #:** **-***7517  
**Period Ending:** 02/12/15

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5965 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 85,233.66 | | 85,233.66 |
| 01/14/13 | 11004 | Kraft Foods Global, Inc. | Refund of check sent to Media On the Run in Error  Stopped on 06/03/14 | 1121-004 | -725.00 | | 84,508.66 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.75 | 84,377.91 |
| 02/07/13 | 11005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-08295, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 74.26 | 84,303.65 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.19 | 84,189.46 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.06 | 84,071.40 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.09 | 83,941.31 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.83 | 83,815.48 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.49 | 83,701.99 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.57 | 83,568.42 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.24 | 83,447.18 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.03 | 83,330.15 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.00 | 83,197.15 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.66 | 83,084.49 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 132.60 | 82,951.89 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.36 | 82,827.53 |
| 02/05/14 | 11006 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #12-08295, Blanket Bond Premium, Bond#016026455 | 2300-000 | | 76.96 | 82,750.57 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.10 | 82,638.47 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.90 | 82,522.57 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.73 | 82,394.84 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.55 | 82,275.29 |
| 06/03/14 | 11004 | Kraft Foods Global, Inc. | Refund of check sent to Media On the Run in Error  Stopped: check issued on 01/14/13 | 1121-004 | 725.00 | | 83,000.29 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.40 | 82,884.89 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.14 | 82,753.75 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.06 | 82,638.69 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.78 | 82,511.91 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.63 | 82,389.28 |
| | | | Subtotals : | | $85,233.66 | $2,844.38 | |

{} Asset reference(s)

Printed: 02/12/2015 03:48 PM    V.13.15

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 12-08295 | | **Trustee:** | EUGENE CRANE (330350) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MEDIA ON THE RUN, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5965 - Checking Account |
| **Taxpayer ID #:** | **-***7517 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 02/12/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.65 | 82,282.63 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.13 | 82,148.50 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.15 | 82,030.35 |
| | | | **ACCOUNT TOTALS** | | **85,233.66** | **3,203.31** | **$82,030.35** |
| | | | Less: Bank Transfers | | 85,233.66 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **3,203.31** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$3,203.31** | |

| Net Receipts : | 142,397.06 |
| --- | --- |
| Net Estate : | $142,397.06 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ****-******15-65** | 142,397.06 | 57,163.40 | 0.00 |
| **Checking # ******5965** | 0.00 | 3,203.31 | 82,030.35 |
| | **$142,397.06** | **$60,366.71** | **$82,030.35** |

# Claims Proposed Distribution

## Case: 12-08295    MEDIA ON THE RUN, INC.

**Case Balance:** $82,030.35    **Total Proposed Payment:** $82,030.35    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 4 | American Chartered Bank | Secured | 50,230.00 | 50,033.81 | 50,033.81 | 0.00 | 0.00 | 82,030.35 |
|  | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 1,029.73 | 1,029.73 | 0.00 | 1,029.73 | 1,029.73 | 81,000.62 |
|  | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
|  | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 15,452.50 | 15,452.50 | 0.00 | 15,452.50 | 15,452.50 | 65,548.12 |
|  | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
|  | EUGENE CRANE | Admin Ch. 7 | 10,369.85 | 10,369.85 | 0.00 | 10,369.85 | 10,369.85 | 55,178.27 |
|  | <2100-00   Trustee Compensation> | | | | | | | |
|  | Popowcer Katten, Ltd. | Admin Ch. 7 | 5.25 | 5.25 | 0.00 | 5.25 | 5.25 | 55,173.02 |
|  | <3420-00   Accountant for Trustee Expenses (Other Firm)> | | | | | | | |
|  | Popowcer Katten, Ltd. | Admin Ch. 7 | 4,982.50 | 4,982.50 | 0.00 | 4,982.50 | 4,982.50 | 50,190.52 |
|  | <3410-00   Accountant for Trustee Fees (Other Firm)> | | | | | | | |
| 12P | Illinois Department of Revenue Bankruptcy Section | Priority | 776.42 | 776.42 | 0.00 | 776.42 | 776.42 | 49,414.10 |
| 13 | Illinois Department of Employment Security | Priority | 1,610.59 | 1,610.59 | 0.00 | 1,610.59 | 1,610.59 | 47,803.51 |
| 15P | Internal Revenue Service | Priority | 7,517.89 | 7,517.89 | 0.00 | 7,517.89 | 7,517.89 | 40,285.62 |
| 1 | CDW | Unsecured | 3,511.50 | 3,511.50 | 0.00 | 3,511.50 | 956.72 | 39,328.90 |
| 2 | Commonwealth Edison Company | Unsecured | 511.50 | 511.50 | 0.00 | 511.50 | 139.36 | 39,189.54 |
| 3 | Pitney Bowes Global Financial Services | Unsecured | 1,325.93 | 1,325.93 | 0.00 | 1,325.93 | 361.25 | 38,828.29 |
| 5 | WS Packaging Group | Unsecured | 12,042.99 | 12,042.99 | 0.00 | 12,042.99 | 3,281.15 | 35,547.14 |
| 6 | Promopak Direct Inc. | Unsecured | 6,484.90 | 6,484.90 | 0.00 | 6,484.90 | 1,766.83 | 33,780.31 |
| 7 | ULINE | Unsecured | 2,114.72 | 2,114.72 | 0.00 | 2,114.72 | 576.16 | 33,204.15 |
| 8 | Tekra Corporation | Unsecured | 505.37 | 505.37 | 0.00 | 505.37 | 137.69 | 33,066.46 |
| 9 | Printglobe | Unsecured | 156.00 | 156.00 | 0.00 | 156.00 | 42.50 | 33,023.96 |
| 10 | Polyline Corp | Unsecured | 226.80 | 226.80 | 0.00 | 226.80 | 61.79 | 32,962.17 |
| 11 | Pitney Bowes Inc | Unsecured | 3,079.32 | 3,079.32 | 0.00 | 3,079.32 | 838.97 | 32,123.20 |
| 12U | Illinois Department of Revenue Bankruptcy Section | Unsecured | 15.53 | 15.53 | 0.00 | 15.53 | 4.23 | 32,118.97 |
| 14 | M.A.S. Industries Inc | Unsecured | 9,245.35 | 9,245.35 | 0.00 | 9,245.35 | 2,518.92 | 29,600.05 |
| 15U | Internal Revenue Service | Unsecured | 759.22 | 759.22 | 0.00 | 759.22 | 206.85 | 29,393.20 |
| 16 | SD Direct Inc. | Unsecured | 504.00 | 504.00 | 0.00 | 504.00 | 137.32 | 29,255.88 |
| 17 | FedEx Tech Connect Inc as Assignee | Unsecured | 10,965.54 | 10,965.54 | 0.00 | 10,965.54 | 2,987.59 | 26,268.29 |
| 18 | POPCO Inc | Unsecured | 9,652.42 | 9,652.42 | 0.00 | 9,652.42 | 2,629.83 | 23,638.46 |

# Claims Proposed Distribution

## Case: 12-08295    MEDIA ON THE RUN, INC.

| **Case Balance:** | $82,030.35 | **Total Proposed Payment:** | $82,030.35 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 19 | Indigo America Inc., a wholly owned | Unsecured | 37,128.33 | 37,128.33 | 0.00 | 37,128.33 | 10,115.72 | 13,522.74 |
| 20 | Measa Displays LLC | Unsecured | 21,750.00 | 21,750.00 | 0.00 | 21,750.00 | 5,925.85 | 7,596.89 |
| 21 | Specialty Print Communications | Unsecured | 27,883.33 | 27,883.33 | 0.00 | 27,883.33 | 7,596.89 | 0.00 |
| 22 | Nicor Gas | Unsecured | 1,129.27 | 1,129.27 | 0.00 | 1,129.27 | 0.00 | 0.00 |
| 23 | First Communications LLC | Unsecured | 1,819.73 | 1,819.73 | 0.00 | 1,819.73 | 0.00 | 0.00 |
| | **Total for Case 12-08295 :** | | **$242,786.48** | **$242,590.29** | **$50,033.81** | **$192,556.48** | **$82,030.35** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $31,839.83 | $31,839.83 | $0.00 | $31,839.83 | 100.000000% |
| **Total Priority Claims :** | $9,904.90 | $9,904.90 | $0.00 | $9,904.90 | 100.000000% |
| **Total Secured Claims :** | $50,230.00 | $50,033.81 | $50,033.81 | $0.00 | 100.000000% |
| **Total Unsecured Claims :** | $150,811.75 | $150,811.75 | $0.00 | $40,285.62 | 26.712521% |

**TRUSTEE'S PROPOSED DISTRIBUTION**      Exhibit D

Case No.: 12-08295
Case Name: MEDIA ON THE RUN, INC.
Trustee Name: EUGENE CRANE

**Balance on hand:** $ 82,030.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | American Chartered Bank | 50,230.00 | 50,033.81 | 50,033.81 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 82,030.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 10,369.85 | 0.00 | 10,369.85 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 15,452.50 | 0.00 | 15,452.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 1,029.73 | 0.00 | 1,029.73 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 4,982.50 | 0.00 | 4,982.50 |
| Accountant for Trustee, Expenses - Popowcer Katten, Ltd. | 5.25 | 0.00 | 5.25 |

Total to be paid for chapter 7 administration expenses: $ 31,839.83
Remaining balance: $ 50,190.52

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 50,190.52

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,904.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12P | Illinois Department of Revenue Bankruptcy Section | 776.42 | 0.00 | 776.42 |
| 13 | Illinois Department of Employment Security | 1,610.59 | 0.00 | 1,610.59 |
| 15P | Internal Revenue Service | 7,517.89 | 0.00 | 7,517.89 |

Total to be paid for priority claims: $ 9,904.90
Remaining balance: $ 40,285.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 147,862.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CDW | 3,511.50 | 0.00 | 956.72 |
| 2 | Commonwealth Edison Company | 511.50 | 0.00 | 139.36 |
| 3 | Pitney Bowes Global Financial Services | 1,325.93 | 0.00 | 361.25 |
| 5 | WS Packaging Group | 12,042.99 | 0.00 | 3,281.15 |
| 6 | Promopak Direct Inc. | 6,484.90 | 0.00 | 1,766.83 |
| 7 | ULINE | 2,114.72 | 0.00 | 576.16 |
| 8 | Tekra Corporation | 505.37 | 0.00 | 137.69 |
| 9 | Printglobe | 156.00 | 0.00 | 42.50 |
| 10 | Polyline Corp | 226.80 | 0.00 | 61.79 |
| 11 | Pitney Bowes Inc | 3,079.32 | 0.00 | 838.97 |
| 12U | Illinois Department of Revenue Bankruptcy Section | 15.53 | 0.00 | 4.23 |
| 14 | M.A.S. Industries Inc | 9,245.35 | 0.00 | 2,518.92 |

**UST Form 101-7-TFR (05/1/2011)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 15U | Internal Revenue Service | 759.22 | 0.00 | 206.85 |
| 16 | SD Direct Inc. | 504.00 | 0.00 | 137.32 |
| 17 | FedEx Tech Connect Inc as Assignee | 10,965.54 | 0.00 | 2,987.59 |
| 18 | POPCO Inc | 9,652.42 | 0.00 | 2,629.83 |
| 19 | Indigo America Inc., a wholly owned | 37,128.33 | 0.00 | 10,115.72 |
| 20 | Measa Displays LLC | 21,750.00 | 0.00 | 5,925.85 |
| 21 | Specialty Print Communications | 27,883.33 | 0.00 | 7,596.89 |

Total to be paid for timely general unsecured claims:  $     40,285.62
Remaining balance:  $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,949.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 22 | Nicor Gas | 1,129.27 | 0.00 | 0.00 |
| 23 | First Communications LLC | 1,819.73 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $     0.00
Remaining balance:  $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $     0.00
Remaining balance:  $     0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**