UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | MEDIA ON THE RUN, INC. | § | Case No. 12-08295-TAB |
| | | § | |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that EUGENE CRANE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 03/31/2015 in Courtroom 613, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/26/2015     By:   /s/Eugene Crane
                                  Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: MEDIA ON THE RUN, INC.  § Case No. 12-08295-TAB
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 142,397.06 |
| *and approved disbursements of* | $ 60,366.71 |
| *leaving a balance on hand of* [1] | $ 82,030.35 |
| **Balance on hand:** | $ 82,030.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | American Chartered Bank | 50,230.00 | 50,033.81 | 50,033.81 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 82,030.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 10,369.85 | 0.00 | 10,369.85 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 15,452.50 | 0.00 | 15,452.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 1,029.73 | 0.00 | 1,029.73 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 4,982.50 | 0.00 | 4,982.50 |
| Accountant for Trustee, Expenses - Popowcer Katten, Ltd. | 5.25 | 0.00 | 5.25 |

Total to be paid for chapter 7 administration expenses: $ 31,839.83
Remaining balance: $ 50,190.52

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 50,190.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,904.90 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12P | Illinois Department of Revenue Bankruptcy Section | 776.42 | 0.00 | 776.42 |
| 13 | Illinois Department of Employment Security | 1,610.59 | 0.00 | 1,610.59 |
| 15P | Internal Revenue Service | 7,517.89 | 0.00 | 7,517.89 |

Total to be paid for priority claims: $ 9,904.90
Remaining balance: $ 40,285.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 147,862.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CDW | 3,511.50 | 0.00 | 956.72 |
| 2 | Commonwealth Edison Company | 511.50 | 0.00 | 139.36 |
| 3 | Pitney Bowes Global Financial Services | 1,325.93 | 0.00 | 361.25 |
| 5 | WS Packaging Group | 12,042.99 | 0.00 | 3,281.15 |
| 6 | Promopak Direct Inc. | 6,484.90 | 0.00 | 1,766.83 |
| 7 | ULINE | 2,114.72 | 0.00 | 576.16 |
| 8 | Tekra Corporation | 505.37 | 0.00 | 137.69 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 9 | Printglobe | 156.00 | 0.00 | 42.50 |
| 10 | Polyline Corp | 226.80 | 0.00 | 61.79 |
| 11 | Pitney Bowes Inc | 3,079.32 | 0.00 | 838.97 |
| 12U | Illinois Department of Revenue Bankruptcy Section | 15.53 | 0.00 | 4.23 |
| 14 | M.A.S. Industries Inc | 9,245.35 | 0.00 | 2,518.92 |
| 15U | Internal Revenue Service | 759.22 | 0.00 | 206.85 |
| 16 | SD Direct Inc. | 504.00 | 0.00 | 137.32 |
| 17 | FedEx Tech Connect Inc as Assignee | 10,965.54 | 0.00 | 2,987.59 |
| 18 | POPCO Inc | 9,652.42 | 0.00 | 2,629.83 |
| 19 | Indigo America Inc., a wholly owned | 37,128.33 | 0.00 | 10,115.72 |
| 20 | Measa Displays LLC | 21,750.00 | 0.00 | 5,925.85 |
| 21 | Specialty Print Communications | 27,883.33 | 0.00 | 7,596.89 |

Total to be paid for timely general unsecured claims:   $   40,285.62
Remaining balance:   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,949.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 22 | Nicor Gas | 1,129.27 | 0.00 | 0.00 |
| 23 | First Communications LLC | 1,819.73 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
                         Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-08295-TAB
Media On The Run, Inc.                                                    Chapter 7
         Debtor            **CERTIFICATE OF NOTICE**

District/off: 0752-1           User: gbeemster              Page 1 of 3              Date Rcvd: Feb 27, 2015
                               Form ID: pdf006              Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2015.
```
db            #+Media On The Run, Inc.,    16 E. Piper Lane,    Suite 127,    Prospect Heights, IL 60070-1799
aty            +Scott R Clar,    135 South LaSalle Street,    Suite 3705,    Chicago, IL 60603-4101
18567673       +American Chartered Bank,    J. Cory Faulkner,    217 N. Jefferson St. Ste. 601,
                 Chicago, IL 60661-1114
18567675        BTI Communications Group,    PO Box 660831,    Dallas, TX 75266-0831
18567678       +CCM Graphics, Inc.,    1508 Ashbury,    Winnetka, IL 60093-1468
18567679       +CDW,    Attn: Vida Krug,    200 N. Milwaukee,    Vernon Hills, IL 60061-1577
18567676        Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
18567677       +Cbeyond,    1520 Kensington Rd.,    Suite 200,    Oak Brook, IL 60523-2197
18567680       +Celso Litardo,    1623 Ashland Av.,    Des Plaines, IL 60016-6685
18567681        Chase Cardmember Services,    PO Box 15153,    Wilmington, DE 19886-5153
18567682       +Classic Color,    2424 S. 25th Av.,    Broadview, IL 60155-3874
18567683       +Color Image,    461 N. Milwaukee,    Chicago, IL 60654-5522
18567685        Continental Web Press,    1430 Industrial Dr.,    Itasca, IL 60143-1858
18567686       +Delia M. Saboya,    10 Robert Ave.,    Prospect Heights, IL 60070-1110
18567688       +Digital Printing Total Graphics,    123 Eisenhower Lane South,    Lombard, IL 60148-5408
18567689        Exxon Mobil,    PO Box 688938,    Des Moines, IA 50368-8938
18914833       +FedEx Tech Connect Inc as Assignee,    of FedEx Express/Ground/Freight/Office,
                 3965 Airways Blvd, Module G, 3rd Floor,    Memphis, Tennessee 38116-5017
18567690        Federal Express,    PO Box 94515,    Palatine, IL 60094-4515
18567691        Federal Express Freight,    Dept. CH,    PO Box 10326,    Palatine, IL 60055-0306
18567692       +First Communications LLC,    3340 W Market St,    Akron, OH 44333-3306
18567693       +Frankenstich,    804 Seton Ct.,    Wheeling, IL 60090-5703
18567694        GPA,    6906 Solutions Center,    Chicago, IL 60677-3009
18567695       +Graphic Arts Finishing,    1990 N. Mannheim,    Melrose Park, IL 60160-1013
18567696       +Griggs & Griggs,    1642 Colonial Pkwy,    Palatine, IL 60067-4725
18567697       +H-M Graphics,    7840 W. Hicks,    Milwaukee, WI 53219-1158
18567699       +Illinois Department of Employment S,    33 S. State, 9th Fl.,    Chicago, IL 60603-2808
18773364       +Illinois Department of Employment Security,    33 South State Street,
                 Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
18567700       +Illinois Department of Revenue,    Central Registration Div,    PO Box 19477,
                 Springfield, IL 62794-9477
18755356        Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,
                 Chicago, Illinois 60664-0338
18962380       +Indigo America Inc., a wholly owned,    subsidiary of Hewlett-Packard Company,    Angie Rojas,
                 5555 Windward Pkwy,    Alpharetta, GA 30004-3895
18567701        Indigo America, Inc.,    PO Box 5-0329,    Woburn, MA 01815-0329
18567706       +Jeff Horwitz & Associates,    1701 E. Woodfield,    Suite 310,    Schaumburg, IL 60173-5128
18567707       +KT Wuckert Finishing,    555 Plate Dr.,    Unit 7,    East Dundee, IL 60118-2465
18567708       +Lamin All Labels,    PO Box 4047,    Itasca, IL 60143-4047
18567709       +Lissette Herin,    10 Robert Ave.,    Prospect Heights, IL 60070-1110
18567710       +M&G Graphics,    3500 W. 38th St.,    Chicago, IL 60632-3306
18567711       +M.A.S. Industries Inc,    1050 Pilgrim Road,    Plymouth, WI 53073-4294
18567712       +MCA Industries,    681 First St. SW,    Massillon, OH 44646-6729
18567713       +Measa Displays LLC,    c/o Richard J. Cochran,    111 W. Washington Street,    Suite 1900,
                 Chicago, IL 60602-2713
18567714       +Merchandising Inventives,    1177 Corporate Grove Dr.,    Buffalo Grove, IL 60089-4546
18567715       +Moerke Display & Mfg. Co.,    21036 N. Cape,    Union Grove, WI 53182-9684
18567716        National Print Group,    PO Box 116424,    Atlanta, GA 30368-6424
18567718       #+Nova Printing,    2711 N. Pulaski,    Chicago, IL 60639-2119
18567719       +Oakton Medical Building Corp.,    c/o Hansen Radler Realty, Ltd.,    7721 N. Kostner Ave.,
                 Skokie, IL 60076-3619
18567729       +POPCO Inc,    c/o Michael W Plambeck,    5101 Vernon Avenue South, Suite 400,
                 Minneapolis, MN 55436-2168
18567720        Pamco Label Company,    1100 W. Pratt,    Des Plaines, IL 60018
18567721       +Paul Litardo,    10 W. Wilow Ave.,    Prospect Heights, IL 60070-1354
18567723       +Phoenix Binding,    1100 W. Pratt,    Elk Grove Village, IL 60007-5122
18567725        Pitney Bowes Global,    Financial Services,    PO Box 371887,    Pittsburgh, PA 15250-7887
18567727        Platinum Converting,    851 Expressway,    Itasca, IL 60143-1323
18567728       +Polyline Corp,    845 N. Church Court,    Elmhurst, IL 60126-1036
18567731        Production Pro,    Manufacturer's Alliance Corp.,    33659 Treasury Center,
                 Chicago, IL 60694-3600
18567733        Republic Services,    2101 S. Busse,    Mount Prospect, IL 60056-5566
18567734       +Richard Cochran, Esq.,    111 W. Washington Street,    Suite 1900,    Chicago, IL 60602-2713
18902506       #+SD Direct Inc.,    775 Dillion Dr.,    Wood Dale, IL 60191-1273
18567739        SGS,    302 Rte 17 North,    Rutherford, NJ 07070
18567736       +Scott N. Schreiber,    Clark Hill PLC,    150 N. Michigan Ave., #2700,    Chicago, IL 60601-7576
18567738       +Segerdahl Graphics,    385 Gilman Ave,    Wheeling, IL 60090-5807
18567740       +Specialty Print Communications,    Specialty Promotions Inc.,    6019 W. Howard St.,
                 Niles, IL 60714-4801
18567741       +Spectran, Inc.,    2250 E. Devon,    Elk Grove Village, IL 60007-6026
18567742       +Sunrise Hitek Service,    5915 N. Northwest Hwy,    Chicago, IL 60631-2644
18567743        Tekra Corp,    8084 Solutions,    Chicago, IL 60677-8000
18736798        Tekra Corporation,    16700 West Union Ave.,    New Berlin, WI 53151
```

```
District/off: 0752-1          User: gbeemster             Page 2 of 3                   Date Rcvd: Feb 27, 2015
                              Form ID: pdf006             Total Noticed: 78

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18567674       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 28 2015 01:48:27     American Honda Financial Corp,
                 PO Box 60001,    City of Industry, CA 91716-0001
18567684      +E-mail/Text: legalcollections@comed.com Feb 28 2015 01:49:18     Commonwealth Edison,
                 PO Box 6111,    Carol Stream, IL 60197-6111
18663838      +E-mail/Text: legalcollections@comed.com Feb 28 2015 01:49:18     Commonwealth Edison Company,
                 3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Banruptcy Dep.
18567687      +E-mail/Text: bankruptcy.cr.dept@dhl.com Feb 28 2015 01:47:51     DHL,
                 16592 Collections Center Dr,    Chicago, IL 60693-0165
18567698       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 28 2015 01:48:27     Honda American Finance Corp.,
                 PO Box 5308,   Elgin, IL 60121-5308
18567704       E-mail/Text: cio.bncmail@irs.gov Feb 28 2015 01:47:43     Internal Revenue Service,
                 Mail Stop 5010 CHI,    230 S. Dearborn Street,    Chicago, IL 60604
18567717       E-mail/Text: bankrup@aglresources.com Feb 28 2015 01:47:19     NICOR Gas,   PO Box 0632,
                 Aurora, IL 60507-0632
19318304      +E-mail/Text: bankrup@aglresources.com Feb 28 2015 01:47:19     Nicor Gas,   Po box 549,
                 Aurora il 60507-0549
18666502      +E-mail/Text: bankruptcy@pb.com Feb 28 2015 01:49:23     Pitney Bowes Global Financial Services,
                 27 Waterview Drive,    Shelton, CT 06484-4301
18753289      +E-mail/Text: bankruptcy@pb.com Feb 28 2015 01:49:23     Pitney Bowes Inc,
                 4901 Belfort Rd, Ste 120,    Jacksonville FL 32256-6016
18567726       E-mail/Text: bankruptcy@pb.com Feb 28 2015 01:49:24     Pitney Bowes/Purchase Power,
                 PO Box 856042,   Louisville, KY 40285-6042
18567735      +E-mail/Text: bankruptcy@safety-kleen.com Feb 28 2015 01:47:50     Safety-Kleen Systems,
                 5360 Legacy,   Plano, TX 75024-3132
18567744      +E-mail/Text: ulinecollections@uline.com Feb 28 2015 01:48:50    ULINE,    2200 S. Lakeside,
                 Waukegan, IL 60085-8311
18567745      +E-mail/Text: bankruptcies@wspackaging.com Feb 28 2015 01:48:21     WS Packaging Group,
                 Algoma-Label Facility,    1102 Jefferson,    Algoma, WI 54201-1712
18704145      +E-mail/Text: bankruptcies@wspackaging.com Feb 28 2015 01:48:21     WS Packaging Group,
                 2571 Hemlock Rd.,    Green Bay, WI 54229-9508
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18567722          Paul Litardo
18649518*       +Delia M. Saboya,    10 Robert Ave.,    Prospect Heights, IL 60070-1110
18567705*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    P.O. Box 21126,
                  Philadelphia, PA 19114)
18567703*        Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
18649519*       +Lissette Herin,   10 Robert Ave.,    Prospect Heights, IL 60070-1110
18567672       ##+ADT Security Services,    14200 E. Exposition Dr.,    Aurora, CO 80012-2540
18567702       ##+Intellisource,   2521 Technology Drive,    Elgin, IL 60124-7892
18567724       ##+Piedmont Plastics,    180 Messner,   Wheeling, IL 60090-6434
18567730       ##+Printglobe,   4115 Freidrich Lane,    Suite 200,   Austin, TX 78744-1043
18567732       ##+Promopak Direct Inc.,    1212 Naper Blvd.,    Suite 119-321,   Naperville, IL 60540-8360
18567737       ##+SD Direct,   1371 E. Industrial Dr.,    Unit O,   Itasca, IL 60143-1856
                                                                                  TOTALS: 1, * 4, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2015                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1         User: gbeemster              Page 3 of 3                   Date Rcvd: Feb 27, 2015
                             Form ID: pdf006              Total Noticed: 78
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2015 at the address(es) listed below:

```
          Deborah S Ashen    on behalf of Creditor    American Chartered Bank dsa@ashenlaw.com
          Eugene  Crane    on behalf of Trustee Eugene   Crane ecrane@craneheyman.com,
           jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
          Eugene  Crane    ecrane@craneheyman.com,
           il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard M. Fogel    on behalf of Debtor    Media On The Run, Inc. rfogel@shawfishman.com
          Scott N. Schreiber    on behalf of Creditor    Segerdahl Group sschreiber@clarkhill.com,
           jwoyan@clarkhill.com
          Scott N. Schreiber    on behalf of Creditor    Nova Printing sschreiber@clarkhill.com,
           jwoyan@clarkhill.com
          Scott N. Schreiber    on behalf of Creditor    HM Graphics Inc sschreiber@clarkhill.com,
           jwoyan@clarkhill.com
          Scott N. Schreiber    on behalf of Creditor    Continental Web sschreiber@clarkhill.com,
           jwoyan@clarkhill.com
                                                                                             TOTAL: 9
```