UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          )     Case No. 12bk08295
    MEDIA ON THE RUN, INC.                )
                                          )     Chapter 7
                                          )
          Debtor.                         )     Honorable Timothy A. Barnes
                                          )
_____)

FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER
AWARDING TO EUGENE CRANE, ATTORNEY FOR TRUSTEE, FOR ALLOWANCE
AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF
EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 15,452.50 | TOTAL COSTS REQUESTED: | $ 1,029.73 |
| TOTAL FEES REDUCED: | $ 1469.10 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 13,983.40 | TOTAL COSTS ALLOWED: | ~~$-0.00~~ $ 1,029.73 |

*(handwritten: ckc)*

TOTAL FEES AND COSTS ALLOWED: $ 15,013.13

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(1)    **Trustee Work Can Not Be Compensated As Professional Services – TOTAL of disallowed amounts: $ 1330.50**

"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation." *Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (*quoting In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988) (Squires, J.)).

(2)    **Insufficient Description – TOTAL of disallowed amounts: $ 99.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

(3)    Lumping – **TOTAL of disallowed amounts (10% of affected entries): $ 39.60**

      The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: March 31, 2015

                                                    Timothy A. Barnes
                                                    United States Bankruptcy Judge

| DATE | COMMENT | ATTY | HOURS |
|---|---|---|---|
| 03/15/12 | Review file and security documents ,made a demand for A/R demand back up for all the above. | EC | 1.10 |
| 03/16/12 | Preparation of letter to Debtor's attorney requesting turnover of documents | DK | 0.70 |
| 03/21/12 | Call from Post Master re: Letter | EC | 0.40 |
| 03/22/12 | Call US Post can't honor request for forwarding mail, wants court order will try to send court agreement etc. | EC | 0.40 |
|  | Preparation of Notice Motion and Order to Employ CHSW&C | DK | 0.30 |
| 03/28/12 | Conference w/Shelly DeRousse Attorney for secured creditor re: coverage of security documents | EC | 0.30 |
|  | Received Cash receipts journal (1 year) General Ledger . Check register, analyzed partial records to determine preferential payments | EC | 1.50 |
| 04/02/12 | Received and analyzed commercial security agreement of American Chartered Bank | EC | 0.50 |
|  | Received and checked secured creditors claim (American Chartered Bank) | EC | 0.50 |
| 04/03/12 | Court appearance re: Motion to Employ CHSW&C | EC | 0.80 |
| 04/04/12 | Call to Post Master re: reduction of debtors mail. and call to US Post Office Legal Dept. | EC | 0.50 |
| 04/08/12 | review ledgers and accounts receivable and payable analyzed possible preference to the auctions | EC | 2.50 |
| 04/18/12 | Review and analysis of Proof of Claim filed by American Chartered Bank and loan documents attached to Proof of claim | AGS | 0.50 |
| 04/20/12 | Review and revision of draft motion to disburse funds to American Chartered Bank | AGS | 0.40 |
| 05/16/12 | received analyzed 2004 tax returns and 1120's for 2011 | EC | 0.90 |

| Date | Description | Initials | Hours | Notes |
|---|---|---|---|---|
| 05/17/12 | Draft Motion to pay accountant | DK | 0.50 | |
| 05/22/12 | Preparation of Notice Motion and Order to Employ Accountants | EC | 0.70 | |
| 05/29/12 | Hearing re: motion Trustee to retain accountant to prepare tax returns. Judge Barnes | EC | 0.50 | |
| 06/26/12 | Telephone conference with creditor | EC | 0.20 | (2) Insufficient Description |
| 07/05/12 | Preparation of Notice Motion and Order to pay administrative claim | EC | 0.70 | |
| 07/06/12 | Revise Motion to Pay Administrative Claim | DK | 0.50 | |
| 07/17/12 | Review of debtor's schedules, ledgers and related documents re: issue of theft of corporate opportunity | AGS | 1.20 | |
| | Strategy conference with E. Crane re: theft corporate opportunity issue | AGS | 0.50 | |
| | Court Hearing re: payment to accountant for 2011 tax return | EC | 0.80 | |
| | Searched accounts receivable files for list of customers, requested customer list from debtor | EC | 2.10 | (1) Trustee Work |
| | Research re: Domain name status, customer lists, demand of from debtor for list of customers and offer (if they want) to buy goodwill | EC | 1.10 | |
| | Research re: debtor's assets and potential cause of action for theft of corporate opportunity | JCD | 1.00 | |
| 07/18/12 | Email from debtors attorney, will supply customer list and domain name | EC | 0.10 | (1) Trustee Work |
| 11/09/12 | Review, Domain names etc. ask for a bid for good will of the company | EC | 0.40 | |
| 11/27/12 | Review a/r leases and payables to prepare for 2004 exam of owner | EC | 1.10 | |
| | Call from Scott Schrieber re: company business being ursurped by owner to a new business | EC | 0.40 | (1) Trustee Work |
| 01/14/13 | Prepare letter and check to Kraft Foods for invoice paid in error | DK | 0.50 | |

| Date | Description | Initials | Hours | Note |
|---|---|---|---|---|
| 01/22/13 | Conference with Eugene Crane re: bank statements | JCD | 0.30 | |
| 01/23/13 | Research and analyze company records for new companies of debtor. | EC | 2.10 | |
| | Review, and execute IRS and Social Security Forms for W-2s sent to employees, mail same | DK | 0.30 | (1) Trustee Work |
| 08/13/13 | Meeting with attorney for creditor per subpoena, review records and possible causes of action | EC | 0.80 | (3) Lumping |
| Total: | | | 27.10 | |

| DATE | COMMENT | ATTY | HOURS |
|---|---|---|---|
| 03/22/12 | Don Dodge appraised Indigo Printer, plus other equipment could be worth a sale - checking liens | EC | 0.80 |
|  | Preparation of letter to lien holders of printing press | DK | 0.20 |
| 03/27/12 | Preparation of letters to secured creditors for lien docs (2) | DK | 0.20 |
| 04/02/12 | Call to Deborah Ashen Attorney for secured creditor re: balance due, lien coverage and decision who is to sell assets | EC | 0.10 |
| 04/08/12 | e-mail from Rick Fogel re: lien and sale of assets and emailed response | EC | 0.20 |
| 04/10/12 | call to Don Dodge American Auction, no liens on assets and prepare for auction by completing inventory and appraisal | EC | 0.50 |
| 04/24/12 | Preparation of Notice Motion and Order to Employ Auctioneer, Donald Dodge of American Auction Associates | EC | 0.70 |
|  | Prepare draft of motion to sell assets | DK | 1.00 |
|  | Teleconference with auctioneer re: auction date and inventory | DK | 0.20 |
| 04/25/12 | Review and revise Notice, Motion to Distribute funds and Motion to Sell Assets and Order | DK | 2.00 |
| 05/02/12 | Preparation for Court re; Auctioneer motion, motion to distribute funds and motion to sell assets | JCD | 0.30 |
|  | Court appearance re: Auctioneer motion, motion to distribute funds and motion to sell assets | JCD | 0.70 |
| 05/04/12 | Email to auctioneer re: leased phones pick up | DK | 0.10 |
| 05/07/12 | Email to lessor of phone system to set pick up of system from premises | DK | 0.20 |
| 05/25/12 | Telephone call from Buyer of the "Press" - having trouble with Lessor to get time to recover purchase | EC | 0.20 |

| Date | Description | Atty | Hours |
|---|---|---|---|
| 06/15/12 | Preparation of Notice Motion and Order to Pay Auctioneer | EC | 0.70 |
| 07/10/12 | Preparation for Court re: auctioneers compensation | JCD | 0.30 |
| | Conference with Deana Kobrynski re: auctioneer fees | JCD | 0.20 |
| | Court appearance re: motion to pay auctioneer | JCD | 0.80 |
| Total: | | | 9.40 |