**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MEDIA ON THE RUN, INC. § Case No. 12-08295
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $38,469.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $101,693.43    Claims Discharged
                                                 Without Payment: $933,307.03

Total Expenses of Administration: $40,703.63

---

3) Total gross receipts of $ 142,397.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $142,397.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $50,230.00 | $50,033.81 | $50,033.81 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 42,172.73 | 40,703.63 | 40,703.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 6,000.00 | 9,904.90 | 9,904.90 | 9,904.90 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 958,057.00 | 150,811.75 | 150,811.75 | 41,754.72 |
| **TOTAL DISBURSEMENTS** | $964,057.00 | $253,119.38 | $251,454.09 | $142,397.06 |

4) This case was originally filed under Chapter 7 on March 02, 2012. The case was pending for 39 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/12/2015          By: /s/EUGENE CRANE
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Bank of America Acct. No. xxxxxxxx5818 Estimated | 1129-000 | 1,047.38 |
| Accounts Receivable | 1121-000 | 116,537.54 |
| Miscellaneous machinery and equipment Estimated | 1129-000 | 24,782.00 |
| United Healthcare Insurance Premium Refund | 1229-000 | 19.45 |
| Nicor Gas Refund | 1290-000 | 10.69 |
| **TOTAL GROSS RECEIPTS** | | **$142,397.06** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | American Chartered Bank | 4800-000 | N/A | 50,230.00 | 50,033.81 | 50,033.81 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$50,230.00** | **$50,033.81** | **$50,033.81** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 10,369.85 | 10,369.85 | 10,369.85 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 15,452.50 | 13,983.40 | 13,983.40 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 1,029.73 | 1,029.73 | 1,029.73 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 4,982.50 | 4,982.50 | 4,982.50 |
| Popowcer Katten, Ltd. | 3420-000 | N/A | 5.25 | 5.25 | 5.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 150.85 | 150.85 | 150.85 |
| The Bank of New York Mellon | 2600-000 | N/A | 230.23 | 230.23 | 230.23 |
| The Bank of New York Mellon | 2600-000 | N/A | 158.01 | 158.01 | 158.01 |
| American Auction Associates, Inc. | 3620-000 | N/A | 4,770.14 | 4,770.14 | 4,770.14 |
| Jeff Horwitz & Associates. Ltd. | 3410-000 | N/A | 720.00 | 720.00 | 720.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 193.34 | 193.34 | 193.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 180.10 | 180.10 | 180.10 |
| The Bank of New York Mellon | 2600-000 | N/A | 164.06 | 164.06 | 164.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 193.33 | 193.33 | 193.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 175.36 | 175.36 | 175.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 169.17 | 169.17 | 169.17 |
| Rabobank, N.A. | 2600-000 | N/A | 130.75 | 130.75 | 130.75 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 74.26 | 74.26 | 74.26 |
| Rabobank, N.A. | 2600-000 | N/A | 114.19 | 114.19 | 114.19 |
| Rabobank, N.A. | 2600-000 | N/A | 118.06 | 118.06 | 118.06 |
| Rabobank, N.A. | 2600-000 | N/A | 130.09 | 130.09 | 130.09 |
| Rabobank, N.A. | 2600-000 | N/A | 125.83 | 125.83 | 125.83 |
| Rabobank, N.A. | 2600-000 | N/A | 113.49 | 113.49 | 113.49 |
| Rabobank, N.A. | 2600-000 | N/A | 133.57 | 133.57 | 133.57 |
| Rabobank, N.A. | 2600-000 | N/A | 121.24 | 121.24 | 121.24 |
| Rabobank, N.A. | 2600-000 | N/A | 117.03 | 117.03 | 117.03 |
| Rabobank, N.A. | 2600-000 | N/A | 133.00 | 133.00 | 133.00 |
| Rabobank, N.A. | 2600-000 | N/A | 112.66 | 112.66 | 112.66 |
| Rabobank, N.A. | 2600-000 | N/A | 132.60 | 132.60 | 132.60 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 124.36 | 124.36 | 124.36 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 76.96 | 76.96 | 76.96 |
| Rabobank, N.A. | 2600-000 | N/A | | 112.10 | 112.10 | 112.10 |
| Rabobank, N.A. | 2600-000 | N/A | | 115.90 | 115.90 | 115.90 |
| Rabobank, N.A. | 2600-000 | N/A | | 127.73 | 127.73 | 127.73 |
| Rabobank, N.A. | 2600-000 | N/A | | 119.55 | 119.55 | 119.55 |
| Rabobank, N.A. | 2600-000 | N/A | | 115.40 | 115.40 | 115.40 |
| Rabobank, N.A. | 2600-000 | N/A | | 131.14 | 131.14 | 131.14 |
| Rabobank, N.A. | 2600-000 | N/A | | 115.06 | 115.06 | 115.06 |
| Rabobank, N.A. | 2600-000 | N/A | | 126.78 | 126.78 | 126.78 |
| Rabobank, N.A. | 2600-000 | N/A | | 122.63 | 122.63 | 122.63 |
| Rabobank, N.A. | 2600-000 | N/A | | 106.65 | 106.65 | 106.65 |
| Rabobank, N.A. | 2600-000 | N/A | | 134.13 | 134.13 | 134.13 |
| Rabobank, N.A. | 2600-000 | N/A | | 118.15 | 118.15 | 118.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $42,172.73 | $40,703.63 | $40,703.63 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12P | Illinois Department of Revenue Bankruptcy Section | 5800-000 | 0.00 | 776.42 | 776.42 | 776.42 |
| 13 | Illinois Department of Employment Security | 5800-000 | 0.00 | 1,610.59 | 1,610.59 | 1,610.59 |
| 15P | Internal Revenue Service | 5800-000 | 6,000.00 | 7,517.89 | 7,517.89 | 7,517.89 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $6,000.00 | $9,904.90 | $9,904.90 | $9,904.90 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---:|---:|---:|---:|
| 1 | CDW | 7100-000 | 3,287.00 | 3,511.50 | 3,511.50 | 991.61 |
| 2 | Commonwealth Edison Company | 7100-000 | 3,176.00 | 511.50 | 511.50 | 144.44 |
| 3 | Pitney Bowes Global Financial Services | 7100-000 | 509.00 | 1,325.93 | 1,325.93 | 374.43 |
| 5 | WS Packaging Group | 7100-000 | 9,972.00 | 12,042.99 | 12,042.99 | 3,400.80 |
| 6 | Promopak Direct Inc. | 7100-000 | 6,485.00 | 6,484.90 | 6,484.90 | 1,831.26 |
| 7 | ULINE | 7100-000 | 2,050.00 | 2,114.72 | 2,114.72 | 597.17 |
| 8 | Tekra Corporation | 7100-000 | 505.00 | 505.37 | 505.37 | 142.71 |
| 9 | Printglobe | 7100-000 | 156.00 | 156.00 | 156.00 | 44.05 |
| 10 | Polyline Corp | 7100-000 | 227.00 | 226.80 | 226.80 | 64.05 |
| 11 | Pitney Bowes Inc | 7100-000 | 2,906.00 | 3,079.32 | 3,079.32 | 869.56 |
| 12U | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 15.53 | 15.53 | 4.39 |
| 14 | M.A.S. Industries Inc | 7100-000 | 9,245.00 | 9,245.35 | 9,245.35 | 2,610.78 |
| 15U | Internal Revenue Service | 7100-000 | N/A | 759.22 | 759.22 | 214.39 |
| 16 | SD Direct Inc. | 7100-000 | 365.00 | 504.00 | 504.00 | 142.32 |
| 17 | FedEx Tech Connect Inc as Assignee | 7100-000 | 9,770.00 | 10,965.54 | 10,965.54 | 3,096.54 |
| 18 | Liquid Ventures LLC | 7100-000 | 9,652.00 | 9,652.42 | 9,652.42 | 2,725.73 |
| 19 | Indigo America Inc., a wholly owned | 7100-000 | 16,100.00 | 37,128.33 | 37,128.33 | 10,484.61 |
| 20 | Measa Displays LLC | 7100-000 | 21,750.00 | 21,750.00 | 21,750.00 | 6,141.95 |
| 21 | Specialty Print Communications | 7100-000 | 35,823.00 | 27,883.33 | 27,883.33 | 7,873.93 |
| 22 | Nicor Gas | 7200-000 | 503.00 | 1,129.27 | 1,129.27 | 0.00 |
| 23 | First Communications LLC | 7200-000 | 1,326.00 | 1,819.73 | 1,819.73 | 0.00 |
| NOTFILED | Lamin All Labels | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Lissette Herin | 7100-000 | 13,533.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeff Horwitz & Associates | 7100-000 | 29.00 | N/A | N/A | 0.00 |
| NOTFILED | GPA | 7100-000 | 10,544.00 | N/A | N/A | 0.00 |
| NOTFILED | Federal Express Freight Dept. CH | 7100-000 | 481.00 | N/A | N/A | 0.00 |
| NOTFILED | Frankenstich | 7100-000 | 2,653.00 | N/A | N/A | 0.00 |
| NOTFILED | Graphic Arts Finishing | 7100-000 | 36,676.00 | N/A | N/A | 0.00 |
| NOTFILED | H-M Graphics | 7100-000 | 54,251.00 | N/A | N/A | 0.00 |
| NOTFILED | Griggs & Griggs | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | M&G Graphics | 7100-000 | 30,941.00 | N/A | N/A | 0.00 |
| NOTFILED | Honda American Finance Corp. | 7100-000 | 815.00 | N/A | N/A | 0.00 |
| NOTFILED | Intellisource | 7100-000 | 11,551.00 | N/A | N/A | 0.00 |
| NOTFILED | KT Wuckert Finishing | 7100-000 | 2,445.00 | N/A | N/A | 0.00 |
| NOTFILED | National Print Group | 7100-000 | 105,080.00 | N/A | N/A | 0.00 |
| NOTFILED | MCA Industries | 7100-000 | 6,630.00 | N/A | N/A | 0.00 |
| NOTFILED | Republic Services | 7100-000 | 92.00 | N/A | N/A | 0.00 |
| NOTFILED | Production Pro Manufacturer's Alliance | 7100-000 | 226.00 | N/A | N/A | 0.00 |
| NOTFILED | Safety-Kleen Systems | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | SGS | 7100-000 | 2,815.00 | N/A | N/A | 0.00 |
| NOTFILED | Segerdahl Graphics | 7100-000 | 21,401.00 | N/A | N/A | 0.00 |
| NOTFILED | Sunrise Hitek Service | 7100-000 | 2,037.00 | N/A | N/A | 0.00 |
| NOTFILED | Spectran, Inc. | 7100-000 | 615.00 | N/A | N/A | 0.00 |
| NOTFILED | Platinum Converting | 7100-000 | 6,175.00 | N/A | N/A | 0.00 |
| NOTFILED | Piedmont Plastics | 7100-000 | 146.00 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil | 7100-000 | 3,721.00 | N/A | N/A | 0.00 |
| NOTFILED | Moerke Display & Mfg. Co. | 7100-000 | 9,530.00 | N/A | N/A | 0.00 |
| NOTFILED | Nova Printing | 7100-000 | 95,459.00 | N/A | N/A | 0.00 |
| NOTFILED | Pamco Label Company | 7100-000 | 21,803.00 | N/A | N/A | 0.00 |
| NOTFILED | Oakton Medical Building Corp. c/o Hansen Radler | 7100-000 | 159,895.00 | N/A | N/A | 0.00 |
| NOTFILED | Phoenix Binding | 7100-000 | 185.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul Litardo | 7100-000 | 21,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchandising Inventives | 7100-000 | 886.00 | N/A | N/A | 0.00 |
| NOTFILED | Classic Color | 7100-000 | 26,479.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Cardmember Services | 7100-000 | 4,341.00 | N/A | N/A | 0.00 |
| NOTFILED | Color Image | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Continental Web Press | 7100-000 | 96,576.00 | N/A | N/A | 0.00 |
| NOTFILED | DHL | 7100-000 | 85.00 | N/A | N/A | 0.00 |
| NOTFILED | Delia M. Saboya | 7100-000 | 8,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Celso Litardo | 7100-000 | 20,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbeyond | 7100-000 | 2,072.00 | N/A | N/A | 0.00 |
| NOTFILED | Digital Printing Total Graphics | 7100-000 | 10,900.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services | 7100-000 | 649.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 20,367.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | BTI Communications Group | 7100-000 | 766.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $958,057.00 | $150,811.75 | $150,811.75 | $41,754.72 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-08295  
**Case Name:** MEDIA ON THE RUN, INC.  

**Period Ending:** 06/12/15  

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 03/02/12 (f)  
**§341(a) Meeting Date:** 04/24/12  
**Claims Bar Date:** 06/20/12  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 Bank of America Acct. No. xxxxxxxx5818 Estimated<br>    Orig. Asset Memo: Imported from original petition Doc# 11 | 175.00 | 175.00 | | 1,047.38 | FA |
| 2 Security deposits with NICOR, ComEd and landlord<br>    Orig. Asset Memo: Imported from original petition Doc# 11 | 13,469.00 | 13,469.00 | | 0.00 | FA |
| 3 Accounts Receivable<br>    Orig. Asset Memo: Imported from original petition Doc# 11 | 116,714.44 | 116,714.44 | | 116,537.54 | FA |
| 4 Miscellaneous office furniture and equipment Est<br>    Orig. Asset Memo: Imported from original petition Doc# 11 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 5 HP Indigo S2000 Printing Press Estimated value<br>    Orig. Asset Memo: Imported from original petition Doc# 11 | 20,000.00 | 20,000.00 | | 0.00 | FA |
| 6 Miscellaneous machinery and equipment Estimated<br>    Orig. Asset Memo: Imported from original petition Doc# 11 | 4,000.00 | 4,000.00 | | 24,782.00 | FA |
| 7 United Healthcare Insurance Premium Refund  (u) | Unknown | 19.00 | | 19.45 | FA |
| 8 Nicor Gas Refund  (u) | Unknown | 10.00 | | 10.69 | FA |
| 9 Claim for Intellectual Property-Trademark  (u) | Unknown | Unknown | | 0.00 | FA |
| 9  Assets  Totals (Excluding unknown values) | **$159,358.44** | **$159,387.44** | | **$142,397.06** | **$0.00** |

**Major Activities Affecting Case Closing:**

02/26/2015: TFR filed with Court, hearing set for 03/31, 10:30am J-Barnes (dk)  
02/13/2015: TFR filed with USTO for review (dk)  
03/31/2014: Still investigating possible fraudulent transfer of trademark, intellectual property; negotiating settlement.  Investigation of assets continues. (dk)  
03/31/2013: Possible fraudulent transfer of trademark , intellectual property (dk)  
04/24/12: Motion to Pay American Chartered, to set auction date and hire AAA filed; hearing on May 2, 2012. (dk)  

03/20/12: Bar Date set (dk)

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-08295  
**Case Name:** MEDIA ON THE RUN, INC.

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 03/02/12 (f)  
**§341(a) Meeting Date:** 04/24/12

**Period Ending:** 06/12/15  
**Claims Bar Date:** 06/20/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2013    **Current Projected Date Of Final Report (TFR):** February 26, 2015 (Actual)

Page: 1

## Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-08295  
**Case Name:** MEDIA ON THE RUN, INC.  
**Taxpayer ID #:** **-***7517  
**Period Ending:** 06/12/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******15-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/20/12 | {3} | Grand Victoria Casino/Elgin Riverboat Resort | Accounts receivable | 1121-000 | 307.50 | | 307.50 |
| 03/20/12 | {3} | Xpedx | Accounts receivable inv#5915 | 1121-000 | 2,179.78 | | 2,487.28 |
| 03/20/12 | {3} | Bish Creative Display, Inc. | Accounts receivable | 1121-000 | 8,614.00 | | 11,101.28 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,076.28 |
| 04/04/12 | {3} | Integrated Merchandising Systems, LLC | Accounts receivable Inv. #s: 5714, 5715, 5695 | 1121-000 | 2,573.81 | | 13,650.09 |
| 04/04/12 | {3} | Integrated Merchandising Systems, LLC | Accounts receivable Inv. #s: 5710, 5923, 5925 | 1121-000 | 3,258.28 | | 16,908.37 |
| 04/04/12 | {3} | SunSource | Accounts receivable; payment of invoice number 5924 | 1121-000 | 1,728.86 | | 18,637.23 |
| 04/04/12 | {3} | Grand Victoria Casino/Elgin Riverboat Resort | Accounts receivable inv #5928 | 1121-000 | 2,492.83 | | 21,130.06 |
| 04/04/12 | {3} | Galloway Plastics, Inc. | Accounts receivable inv.#: 5922 | 1121-000 | 2,973.71 | | 24,103.77 |
| 04/04/12 | {3} | Northstar Lottery Group, LLC | Accounts receivable inv #: 5920 | 1121-000 | 11,815.00 | | 35,918.77 |
| 04/04/12 | {3} | Integrated Merchandising Systems, LLC | Accounts receivable Inv. #s: 5909,5910,5912,5913,5871,5911,5874,5720,5914 | 1121-000 | 53,585.88 | | 89,504.65 |
| 04/10/12 | {3} | Madden | Accounts Receivable Inv.#5926 | 1121-000 | 35.00 | | 89,539.65 |
| 04/10/12 | {3} | Xpedx | Accounts receivable inv#5927 | 1121-000 | 1,868.62 | | 91,408.27 |
| 04/13/12 | {3} | Integrated Merchandising Systems, LLC | Accounts receivable Inv. #s: 5918, 5919 | 1121-000 | 4,254.27 | | 95,662.54 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 150.85 | 95,511.69 |
| 05/03/12 | 1001 | American Chartered Bank | Payment of secured claim | 4800-000 | | 50,033.81 | 45,477.88 |
| 05/07/12 | {3} | Kraft Foods Global, Inc. | Accounts Receivable | 1121-000 | 725.00 | | 46,202.88 |
| 05/15/12 | {3} | Hard Rock Cafe International (USA) Inc. | Accounts Receivable - Inv. 5929 | 1121-000 | 20,125.00 | | 66,327.88 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 230.23 | 66,097.65 |
| 06/12/12 | {6} | American Auction Associates, Inc. | Gross Proceeds from auction of inventory | 1129-000 | 24,782.00 | | 90,879.65 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 158.01 | 90,721.64 |
| 07/12/12 | 1002 | American Auction Associates, Inc. | Payment of Auctioneer expenses for sale of inventory | 3620-000 | | 4,770.14 | 85,951.50 |
| 07/18/12 | 1003 | Jeff Horwitz & Associates. Ltd. | Payment to Accountant for services rendered | 3410-000 | | 720.00 | 85,231.50 |
| 07/25/12 | {7} | United Healthcare | Refund of health insurance premium | 1229-000 | 19.45 | | 85,250.95 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 193.34 | 85,057.61 |
| 08/31/12 | {1} | Bank of America | Liquidation of Bank of America Business Checking Account | 1129-000 | 1,047.38 | | 86,104.99 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 180.10 | 85,924.89 |
| | | | Subtotals : | | $142,386.37 | $56,461.48 | |

{} Asset reference(s)

Printed: 06/12/2015 02:45 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-08295  
**Case Name:** MEDIA ON THE RUN, INC.  
**Taxpayer ID #:** **-***7517  
**Period Ending:** 06/12/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******15-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/10/12 | {8} | Nicor Gas | Refund from Nicor Gas | 1290-000 | 10.69 | | 85,935.58 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 164.06 | 85,771.52 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 193.33 | 85,578.19 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 175.36 | 85,402.83 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 169.17 | 85,233.66 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033035088 20130103 | 9999-000 | | 85,233.66 | 0.00 |
| | | | ACCOUNT TOTALS | | 142,397.06 | 142,397.06 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 85,233.66 | |
| | | | **Subtotal** | | 142,397.06 | 57,163.40 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$142,397.06** | **$57,163.40** | |

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-08295
**Case Name:** MEDIA ON THE RUN, INC.
**Taxpayer ID #:** **-***7517
**Period Ending:** 06/12/15

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** Rabobank, N.A.
**Account:** ******5965 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 85,233.66 | | 85,233.66 |
| 01/14/13 | 11004 | Kraft Foods Global, Inc. | Refund of check sent to Media On the Run in Error Stopped on 06/03/14 | 1121-004 | -725.00 | | 84,508.66 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.75 | 84,377.91 |
| 02/07/13 | 11005 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #12-08295, Blanket Bond Premium, Bond # 016026455 | 2300-000 | | 74.26 | 84,303.65 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.19 | 84,189.46 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.06 | 84,071.40 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 130.09 | 83,941.31 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.83 | 83,815.48 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.49 | 83,701.99 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.57 | 83,568.42 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.24 | 83,447.18 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.03 | 83,330.15 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.00 | 83,197.15 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.66 | 83,084.49 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 132.60 | 82,951.89 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.36 | 82,827.53 |
| 02/05/14 | 11006 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #12-08295, Blanket Bond Premium, Bond#016026455 | 2300-000 | | 76.96 | 82,750.57 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.10 | 82,638.47 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.90 | 82,522.57 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 127.73 | 82,394.84 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.55 | 82,275.29 |
| 06/03/14 | 11004 | Kraft Foods Global, Inc. | Refund of check sent to Media On the Run in Error Stopped: check issued on 01/14/13 | 1121-004 | 725.00 | | 83,000.29 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.40 | 82,884.89 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.14 | 82,753.75 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.06 | 82,638.69 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.78 | 82,511.91 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.63 | 82,389.28 |

Subtotals: $85,233.66 $2,844.38

{} Asset reference(s)

Printed: 06/12/2015 02:45 PM V.13.23

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 12-08295  
**Case Name:** MEDIA ON THE RUN, INC.  
**Taxpayer ID #:** **-***7517  
**Period Ending:** 06/12/15

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5965 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.65 | 82,282.63 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.13 | 82,148.50 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.15 | 82,030.35 |
| 04/01/15 | 11007 | EUGENE CRANE | Dividend paid 100.00% on $10,369.85, Trustee Compensation; Reference: | 2100-000 | | 10,369.85 | 71,660.50 |
| 04/01/15 | 11008 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $13,983.40, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 13,983.40 | 57,677.10 |
| 04/01/15 | 11009 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $1,029.73, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 1,029.73 | 56,647.37 |
| 04/01/15 | 11010 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $4,982.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 4,982.50 | 51,664.87 |
| 04/01/15 | 11011 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $5.25, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 5.25 | 51,659.62 |
| 04/01/15 | 11012 | Illinois Department of Revenue Bankruptcy Section | Dividend paid 100.00% on $776.42; Claim# 12P; Filed: $776.42; Reference: FEIN# 01-0777517 | 5800-000 | | 776.42 | 50,883.20 |
| 04/01/15 | 11013 | Illinois Department of Employment Security | Dividend paid 100.00% on $1,610.59; Claim# 13; Filed: $1,610.59; Reference: | 5800-000 | | 1,610.59 | 49,272.61 |
| 04/01/15 | 11014 | Internal Revenue Service | Dividend paid 100.00% on $7,517.89; Claim# 15P; Filed: $7,517.89; Reference: EIN#01-0777517 | 5800-000 | | 7,517.89 | 41,754.72 |
| 04/01/15 | 11015 | CDW | Dividend paid 28.23% on $3,511.50; Claim# 1; Filed: $3,511.50; Reference: | 7100-000 | | 991.61 | 40,763.11 |
| 04/01/15 | 11016 | Commonwealth Edison Company | Dividend paid 28.23% on $511.50; Claim# 2; Filed: $511.50; Reference: | 7100-000 | | 144.44 | 40,618.67 |
| 04/01/15 | 11017 | Pitney Bowes Global Financial Services | Dividend paid 28.23% on $1,325.93; Claim# 3; Filed: $1,325.93; Reference: | 7100-000 | | 374.43 | 40,244.24 |
| 04/01/15 | 11018 | WS Packaging Group | Dividend paid 28.23% on $12,042.99; Claim# 5; Filed: $12,042.99; Reference: | 7100-000 | | 3,400.80 | 36,843.44 |
| 04/01/15 | 11019 | Promopak Direct Inc. | Dividend paid 28.23% on $6,484.90; Claim# 6; Filed: $6,484.90; Reference: Voided on 04/28/15 | 7100-003 | | 1,831.26 | 35,012.18 |
| 04/01/15 | 11020 | ULINE | Dividend paid 28.23% on $2,114.72; Claim# 7; Filed: $2,114.72; Reference: | 7100-000 | | 597.17 | 34,415.01 |
| 04/01/15 | 11021 | Tekra Corporation | Dividend paid 28.23% on $505.37; Claim# 8; Filed: $505.37; Reference: | 7100-000 | | 142.71 | 34,272.30 |

Subtotals : $0.00 $48,116.98

{} Asset reference(s)

Printed: 06/12/2015 02:45 PM V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 12-08295
**Case Name:** MEDIA ON THE RUN, INC.
**Taxpayer ID #:** **-***7517
**Period Ending:** 06/12/15

**Trustee:** EUGENE CRANE (330350)
**Bank Name:** Rabobank, N.A.
**Account:** ******5965 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/15 | 11022 | Printglobe | Dividend paid  28.23% on $156.00; Claim# 9; Filed: $156.00; Reference: | 7100-000 |  | 44.05 | 34,228.25 |
| 04/01/15 | 11023 | Polyline Corp | Dividend paid  28.23% on $226.80; Claim# 10; Filed: $226.80; Reference: | 7100-000 |  | 64.05 | 34,164.20 |
| 04/01/15 | 11024 | Pitney Bowes Inc | Dividend paid  28.23% on $3,079.32; Claim# 11; Filed: $3,079.32; Reference: | 7100-000 |  | 869.56 | 33,294.64 |
| 04/01/15 | 11025 | Illinois Department of Revenue Bankruptcy Section | Dividend paid  28.23% on $15.53; Claim# 12U; Filed: $15.53; Reference: FEIN #01-0777517 | 7100-000 |  | 4.39 | 33,290.25 |
| 04/01/15 | 11026 | M.A.S. Industries Inc | Dividend paid  28.23% on $9,245.35; Claim# 14; Filed: $9,245.35; Reference: | 7100-000 |  | 2,610.78 | 30,679.47 |
| 04/01/15 | 11027 | Internal Revenue Service | Dividend paid  28.23% on $759.22; Claim# 15U; Filed: $759.22; Reference: EIN# 01-0777517 | 7100-000 |  | 214.39 | 30,465.08 |
| 04/01/15 | 11028 | SD Direct Inc. | Dividend paid  28.23% on $504.00; Claim# 16; Filed: $504.00; Reference: | 7100-000 |  | 142.32 | 30,322.76 |
| 04/01/15 | 11029 | FedEx Tech Connect Inc as Assignee | Dividend paid  28.23% on $10,965.54; Claim# 17; Filed: $10,965.54; Reference: | 7100-000 |  | 3,096.54 | 27,226.22 |
| 04/01/15 | 11030 | Liquid Ventures LLC | Dividend paid  28.23% on $9,652.42; Claim# 18; Filed: $9,652.42; Reference: | 7100-000 |  | 2,725.73 | 24,500.49 |
| 04/01/15 | 11031 | Indigo America Inc., subsidiary Hewlett-Packard | Dividend paid  28.23% on $37,128.33; Claim# 19; Filed: $37,128.33; Reference: | 7100-000 |  | 10,484.61 | 14,015.88 |
| 04/01/15 | 11032 | Measa Displays LLC | Dividend paid  28.23% on $21,750.00; Claim# 20; Filed: $21,750.00; Reference: Stopped on 04/14/15 | 7100-004 |  | 6,141.95 | 7,873.93 |
| 04/01/15 | 11033 | Specialty Print Communications | Dividend paid  28.23% on $27,883.33; Claim# 21; Filed: $27,883.33; Reference: | 7100-000 |  | 7,873.93 | 0.00 |
| 04/14/15 | 11032 | Measa Displays LLC | Dividend paid  28.23% on $21,750.00; Claim# 20; Filed: $21,750.00; Reference: Stopped: check issued on 04/01/15 | 7100-004 |  | -6,141.95 | 6,141.95 |
| 04/15/15 | 11034 | Measa Displays LLC | Final Dividend paid at  28.23%  Claim# 20; Filed: $21,750.00 | 7100-000 |  | 6,141.95 | 0.00 |
| 04/28/15 | 11019 | Promopak Direct Inc. | Dividend paid  28.23% on $6,484.90; Claim# 6; Filed: $6,484.90; Reference: Voided: check issued on 04/01/15 | 7100-003 |  | -1,831.26 | 1,831.26 |
| 04/28/15 | 11035 | Steven L. Abrams | Dividend paid 28.23% on $6,484.90 Claim no. 6 filed by Promopak Direct, Inc. a dissolved company | 7100-000 |  | 1,831.26 | 0.00 |

Subtotals :          $0.00          $34,272.30

{} Asset reference(s)                                   Printed: 06/12/2015 02:45 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 12-08295  
**Case Name:** MEDIA ON THE RUN, INC.  
**Taxpayer ID #:** **-***7517  
**Period Ending:** 06/12/15

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5965 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 85,233.66 | 85,233.66 | $0.00 |
| | | | Less: Bank Transfers | | 85,233.66 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 85,233.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $85,233.66 | |

Net Receipts : 142,397.06  
Net Estate : $142,397.06

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******15-65** | 142,397.06 | 57,163.40 | 0.00 |
| **Checking # ******5965** | 0.00 | 85,233.66 | 0.00 |
| | $142,397.06 | $142,397.06 | $0.00 |

{} Asset reference(s)